IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RACHEL HOAGLAND,

    Plaintiff(s)

vs                                                        Case No.  3:06-CV-252

DEBRAY ENTERPRISES INC., et al.,          Judge Thomas M. Rose

    Defendant(s)

## ORDER OF DISMISSAL: TERMINATION ENTRY

    The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

    Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

    The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

    IT IS SO ORDERED.

                                                             **s/ Thomas M. Rose**

Date:  **February 14, 2007**

                                                             Thomas M. Rose, Judge
                                                             United States District Court